**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| NIRVA LOUIS,<br><br>Petitioner,<br><br>v.<br><br>ROBERT CERNA, Acting Field Office Director of Enforcement and Removal Operations, Dallas Field Office, Immigration and Customs Enforcement, et al.,<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. CIV-26-2381-SLP |

**ORDER DIRECTING RESPONDENTS TO SHOW CAUSE**

Before the Court is a Petition for Writ of Habeas Corpus brought pursuant to 28 U.S.C. § 2241. Petitioner is an immigration detainee at Diamondback Correctional Facility in Watonga, Oklahoma. The Court has conducted a preliminary review of the Petition and finds that Petitioner seeks relief on the basis that Respondents have unlawfully detained Petitioner pursuant to 8 U.S.C. § 1225(b)(2)(a). This case is representative of the multitude of cases filed nationwide in which courts have been called upon to interpret whether the detention of similarly situated immigration detainees is governed by the mandatory detention scheme of § 1225(b)(2)(a) or the permissive detention scheme of 8 U.S.C. § 1226(a). The Tenth Circuit has determined that § 1226(a) governs. *See Santillan Quiroz*

*v. Mullin*, 180 F.4th 1226, 1237 (10th Cir. 2026).[1] Accordingly, within seven days of the date of this Order, Respondents are directed to SHOW CAUSE why the Petition should not be granted. Respondents shall specifically address how this case differs factually or legally from *Santillan Quiroz*. Respondents shall provide any documentation relevant to Petitioner's detention in light of the issues raised in the Petition. Respondents are further directed to SHOW CAUSE why Petitioner should not be granted a bond hearing under 28 U.S.C. § 1226(a).

IT IS THEREFORE ORDERED as follows:

1. The Clerk of Court is directed to provide copies of the Petition [Doc. No. 1] and this Order to the United States Attorney for the Western District of Oklahoma on Respondents' behalf.

2. Respondents shall SHOW CAUSE within seven days of the date of this Order, as DIRECTED.

IT IS SO ORDERED this 17th day of September, 2026.

**SCOTT L. PALK**
**CHIEF UNITED STATES DISTRICT JUDGE**

---

[1] Likewise, "the Second, Sixth, and Eleventh Circuits have each held that § 1225(b)(2)(A) does not apply to unadmitted noncitizens who . . . are found in the country's interior." *Id.* at *3 (citing *Barbosa da Cunha v. Freden*, 175 F.4th 61 (2d Cir. 2026); *Lopez-Campos v. Raycraft*, 175 F.4th 713 (6th Cir. 2026); *Hernandez Alvarez v. Warden, Fed. Det. Ctr. Mia.*, 175 F.4th 1258 (11th Cir. 2026); *but see Buenrostro-Mendez v. Bondi*, 166 F.4th 494, 498 (5th Cir. 2026); *Avila v. Bondi*, 170 F.4th 1128, 1138 (8th Cir. 2026).